## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| vs. | **CASE NO.  2:23-cr-115** |
| **GURTEJ SINGH,** | **CHIEF JUDGE MORRISON** |
| **Defendant.** | |

### UNOPPOSED MOTION FOR RESTITUTION ORDER AND TO VACATE RESTITUTION HEARING BY THE UNITED STATES

Defendant Singh was sentenced on September 11, 2024, with a final order of restitution continued until a hearing scheduled for October 29, 2024. (Mins., R.41; Notice, R.42.) The purpose of the continuance was to permit victim Amazon to calculate its loss through an inventory of goods seized in this case.

Having completed that inventory, Amazon has submitted to the parties a calculation of its losses, which the United States has submitted to the Court. The survey determined that Amazon was unable to resell certain goods in a total amount of $7,658.20. The cost of performing the survey was a necessary expense to Amazon and caused it a further loss of $8,500. Together, these yield a total loss to Amazon of $16,158.20. Defense counsel has reviewed Amazon's survey and does not object to this calculation.

Adding Amazon's loss to the table at paragraph 104 of the PSR yields a total restitution amount for the case of $261,751.70, as shown below:

| Victim | Amount |
|---|---|
| Bath & Body Works | $ 40,775.00 |
| Allianz Commercial Insurance | $ 180,000.00 |
| Landstar | $ 9,000.00 |
| National Presto | $ 269.00 |
| MegaCorp | $ 3,850.00 |
| Transfix | $ 5,700.00 |
| XPO Logistics | $ 5,999.50 |
| Amazon | $ 16,158.20 |
| **Total** | **$ 261,751.70** |

Without opposition, the United States moves the Court for an order of restitution in the amount of $261,751.70, and to vacate the restitution hearing, which the Court's restitution order would render moot.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ David J. Twombly*
DAVID J. TWOMBLY (OH 0092558)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone No.: (614) 469-5715
Fax No.: (614) 469-5653
Email: david.twombly@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 28th day of October, 2024, electronically on all counsel of record.

*/s/ David J. Twombly*
DAVID J. TWOMBLY (OH 0092558)
Assistant United States Attorney